FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THOMAS PAUL WEST; GREGORY DICKENS; CHARLES M. HEDLUND; ROBERT W. MURRAY; THEODORE WASHINGTON; TODD SMITH, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JANICE K BREWER, Governor of Arizona; CHARLES L. RYAN, Director, Arizona Department of Corrections; ERNEST TRUJILLO; CARSON MCWILLIAMS, Warden, Arizona Department of Corrections- Florence; UNKNOWN PARTIES, named as Does 1-50, <br><br> Defendants - Appellees. | No. 11-16707 <br><br> D.C. No. 2:11-cv-01409-NVW District of Arizona, Phoenix <br><br> ORDER |

Before: KLEINFELD, WARDLAW, and CALLAHAN, Circuit Judges.


Appellant Thomas Paul West's petition for panel rehearing is **DENIED**.